

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

MARISSA EMBOLA
MEMBOLA@SOKOLOFFSTERN.COM

May 20, 2026

**By ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Thomas v. The Equity Project Charter School, et al.,*
25-CV-9400 (RA)

Your Honor:

This firm represents Defendants The Equity Project Charter School and Casey Ash. We write, with Plaintiff's consent, to request an extension from May 21, 2026 to June 25, 2026, to respond to the complaint. The parties are conferring on a potential resolution of this case and would benefit from additional time to focus on resolution before proceeding with litigation. This is our third request for an extension of this deadline.

Thank you for your consideration.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 20, 2026

cc: All counsel of record via ECF

Respectfully submitted,

SOKOLOFF STERN LLP

LEO DORFMAN
MARISSA EMBOLA

LONG ISLAND  ▪  HUDSON VALLEY