**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JELISSA THOMAS,
*on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

-against-

THE EQUITY PROJECT CHARTER SCHOOL d/b/a EQUITY PROJECT CHARTER SCHOOL, CASEY ASH, and DOE SUPERVISOR,

Defendants.

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Case No.: 1:25-cv-09400-RA

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of O. Williams Igbokwe and its exhibits, the proposed Order, and all prior proceedings in this action, Plaintiff Jelissa Thomas will move this Court, on a date and at a time designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15.1: (1) granting Plaintiff leave to file the proposed First Amended Complaint, which withdraws the Fair Labor Standards Act claim and related collective-action allegations; (2) following the filing of the First Amended Complaint, dismissing the remaining state-law claims without prejudice to their pursuit in a court of competent jurisdiction because no independent basis for federal subject-matter jurisdiction remains; and (3) granting such other and further relief as the Court deems just and proper.

The motion is submitted on the papers unless the Court directs oral argument.

Dated: New York, New York
June 19, 2026

Respectfully submitted,

Onyuwoma Igbokwe

O. Williams Igbokwe (5170683)
Igbokwe PLLC d/b/a
Law Office of William Igbokwe
One World Trade Center, 85th Floor
New York, NY 10007
Phone: (347) 467-4674
will@iwlaws.com