

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

MARISSA EMBOLA
MEMBOLA@SOKOLOFFSTERN.COM

June 24, 2026

**By ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Thomas v. The Equity Project Charter School, et al.,*
       25-CV-9400 (RA)

Your Honor:

This firm represents Defendants The Equity Project Charter School and Casey Ash. We write to request that Defendants' deadline to respond to the complaint be adjourned without date in light of Plaintiff's recent motion to amend. This is our fourth request for an extension of this deadline.

Thank you for your consideration.

Respectfully submitted,

SOKOLOFF STERN LLP

LEO DORFMAN
MARISSA EMBOLA

cc: All counsel of record via ECF

Application granted. Defendants shall file a letter by July 1, 2026 informing the Court whether they consent to Plaintiff's motion filed at Dkt. 18.

SO ORDERED.

Hon. Ronnie Abrams
June 26, 2026

LONG ISLAND    ▪    HUDSON VALLEY