UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JELISSA THOMAS,

               Plaintiff,

            v.

THE EQUITY PROJECT CHARTER
SCHOOL, *doing business as* Equity Project
Charter School, CASEY ASH, and DOE
SUPERVISOR,

               Defendants.

25-CV-9400 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

By no later than July 10, 2026, Plaintiff shall file a letter responding to Defendants' letter at Dkt. 27, (1) stating whether Plaintiff consents to voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and (2) confirming that the parties have not reached a settlement, which would require the Court to conduct a review of such settlement consistent with *Cheeks v. Freeport Pancake H., Inc.*, 796 F.3d 199 (2d Cir. 2015).

SO ORDERED.

Dated:    July 2, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge