UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JELISSA THOMAS,

Plaintiff,

v.

THE EQUITY PROJECT CHARTER SCHOOL, *doing business as* Equity Project Charter School, CASEY ASH, and DOE SUPERVISOR,

Defendants.

25-CV-9400 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 19, 2026, Plaintiff filed a motion for leave to file a first amended complaint. Dkt. 21 ("Mot."). In her brief, Plaintiff asserts that the proposed amended complaint contains only state law claims which should be dismissed without prejudice. Dkt. 22 ("Pl.'s Br.") at 1–2. On July 1, 2026, Defendants filed a letter response to Plaintiff's motion, arguing that Plaintiff's motion should be construed as a notice of voluntary dismissal of this action under Rule 41(a)(1)(A)(i). Dkt. 27 ("Defs'. Resp.") at 1. Defendants further assert that no *Cheeks* review is required because there was no settlement.

By order dated July 2, 2026, the Court directed Plaintiff to respond to Defendants' letter by July 10, 2026. Dkt. 28. As of today, Plaintiff has not done so. Accordingly, the Court assumes that Plaintiff does not oppose dismissal. The Court therefore construes Plaintiff's motion as a notice of voluntary dismissal filed pursuant to Rule 41(a)(1)(A)(i). Because there is no settlement between the parties, the notice is so-ordered. *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 811 (2d Cir. 2022) ("[I]n the absence of a settlement [in an FLSA case], the notice of dismissal should be so-ordered."). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: July 13, 2026
New York, New York

Ronnie Abrams
United States District Judge